IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN J. FARLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1036-C |
| | ) | |
| DAVID C. MILLER, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Doyle W. Argo on January 15, 2009. Despite several extensions, Petitioner has failed to object. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 17th day of February, 2009.

ROBIN J. CAUTHRON
United States District Judge